**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Daniel Bryan Jr. | : | |
| | : | |
| Debtor | : | Bankruptcy No. 23-10969mdc |

**ORDER**

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated April 4, 2023 and this case be and the same is hereby DISMISSED.

April 20, 2023

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Missing Documents:

    Attorney Disclosure Statement
    Ch. 13 Plan
    Schedules AB-J
    Statement of Financial Affairs
    Summary of Assets & Liabilities
    Ch 13 Statement of current monthly income 122C-1
    Means Test Calculation 122C-2