United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Daniel Bryan, Jr.

    Debtor

Case No. 23-10969-mdc

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 21, 2023 | Form ID: pdf900 | Total Noticed: 10 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel Bryan, Jr., 6721 Egret Place, Philadelphia, PA 19142-3314 |
| 14773850 | + | Lakeview Loan Servicing, LLC, C/O Michael Farrington, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 21 2023 23:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14770757 | + | Email/Text: bankruptcy@rentacenter.com | Apr 21 2023 23:36:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-6191 |
| 14770758 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 21 2023 23:42:01 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14774112 | ^ | MEBN | Apr 21 2023 23:36:12 | Lakeview Loan Servicing, LLC, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14770759 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 21 2023 23:36:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14771426 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 21 2023 23:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14770760 | + | Email/Text: documentfiling@lciinc.com | Apr 21 2023 23:36:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14770761 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 21 2023 23:36:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0313-2                    User: admin                                   Page 2 of 2
Date Rcvd: Apr 21, 2023                 Form ID: pdf900                      Total Noticed: 10

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2023                      Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| GEORGETTE MILLER | on behalf of Debtor Daniel Bryan Jr. bky@dilworthlaw.com, miller.georgetter93726@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Lakeview Loan Servicing LLC enote vesting-- Nationstar Mortgage LLC mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

In re                                              :          Chapter 13

                                                   :

Daniel Bryan Jr.

                                                   :

          Debtor                  :          Bankruptcy No. 23-10969mdc


ORDER

          AND NOW, it is ORDERED that since the debtor(s) have failed to timely

file the documents required by the order dated April 4, 2023 and this case be and the same

is hereby DISMISSED.



          April 20, 2023


                                        _____
                                        Magdeline D. Coleman
                                        Chief U.S. Bankruptcy Judge


Missing Documents:

          Attorney Disclosure Statement
          Ch. 13 Plan
          Schedules AB-J
          Statement of Financial Affairs
          Summary of Assets & Liabilities
          Ch 13 Statement of current monthly income 122C-1
          Means Test Calculation 122C-2